# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DENISE DEROSIA, Individually and on Behalf Of All Others Similarly Situated**

    **Plaintiff,**

v.                  Case No. 17-CV-1671

**CREDIT CORP. SOLUTIONS, INC., d/b/a TASMAN CREDIT CORP.,**

    **Defendant.**

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 31), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 11th day of July, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge